IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| JOE DONALD MANGRUM, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-0825-MEF |
| | )          WO |
| JAMES D. FEARS, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #33) to the Recommendation of the Magistrate Judge filed on March 28, 2007 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #32) entered on March 23, 2007 is adopted;

3. The defendant Opelika Housing Authority's Motion to Dismiss (Doc. #12) is GRANTED.

4. The plaintiff's Motion to Certify Class (Doc. #21) and Motion for Deposit Under Rule 67 (Doc. #29) are DENIED as moot.

5. This action is DISMISSED with prejudice.

DONE this the 18th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE